IN RE: Kenneth Wayne WATFORD,
Petitioner.

No. 16-2220

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 21, 2017

Kenneth Wayne Watford, Petitioner Pro
Se.

Before GREGORY, Chief Judge,
DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kenneth Wayne Watford petitions for an
original writ of habeas corpus challenging
the revocation of his pretrial release. This
court ordinarily declines to entertain origi-
nal habeas corpus petitions under 28
U.S.C. § 2241 (2012), and this case pro-
vides no reason to depart from the general
rule. Moreover, we conclude that a trans-
fer to the district court would not be in the
interests of justice. See 28 U.S.C. § 1631
(2012). Accordingly, although we grant
Watford's motion to supplement his peti-
tion, we deny leave to proceed in forma
pauperis and dismiss the petition. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this

court and argument would not aid the
decisional process.

PETITION DISMISSED

IN RE: Alexander WHITE, Petitioner.
No. 16-2231

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 21, 2017

Alexander White, Petitioner Pro Se.

Before GREGORY, Chief Judge,
DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alexander White petitions for a writ of
mandamus from this court directing the
district court to order the state of North
Carolina to begin White's parole process
immediately. We find the present record
does not reveal undue delay in the district
court. Accordingly, we deny the petition
for writ of mandamus. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

PETITION DENIED